# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**JOBANY ACUNA PEREIRA,**

        **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　　　　　**Case No. 6:09-cv-839-Orl-31GJK**

**PHOENIX UPHOLSTERING &**
**REFINISHING, INC., d/b/a Phoenix Group,**

        **Defendant.**

_____

# ORDER

This cause comes before the Court on Joint Motion for Approval of Settlement and for Dismissal with Prejudice (Doc. No. 21) filed September 29, 2009.

On December 9, 2009, the United States Magistrate Judge issued a report (Doc. No. 23) recommending that the motion be granted. No objections have been filed. Therefore, it is

**ORDERED** as follows:

1. The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2. The Joint Motion for Approval of Settlement and for Dismissal with Prejudice is GRANTED.

3. This case is DISMISSED with prejudice, and the Clerk is directed to close the file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on the 10th day of December, 2009.

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE